FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 10 AM 9: 35

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DON ROBERT FAIRCLOTH,

    Petitioner,

v.

    CIVIL ACTION NO.: CV612-075

GREGORY McLAUGHLIN, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report dated November 16, 2012, recommending that Respondent's Motion to Dismiss be granted and that Petitioner Don Faircloth's ("Faircloth") cause of action be dismissed. Faircloth filed Objections to the Magistrate Judge's Report. In his Objections, Faircloth sets forth additional claims challenging the conditions of his confinement.

Faircloth's Objections underscore the Magistrate Judge's conclusion that Faircloth's civil rights claims are not cognizable pursuant to 28 U.S.C. § 2254 and are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Faircloth's cause

of action, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___10___ day of ___Dec___, 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA